CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.paulson@usdoj.gov

Attorneys for United States of America

FILED

Apr 29 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  4:26-mj-70612-MAG |
|     Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
|     v. | |
| DANIEL BARNETT, | |
|     Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 29, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the District of Oregon, Case Number 3:26-cr-00096-AB.

In that case (copy of indictment attached), the defendant is charged with two counts of Providing Contraband in Prison in violation of Title 18, United States Code, Section 1791(a)(1).

v. 8/29/2025

The maximum penalties are as follows:

- 10 years' imprisonment

- 3 years' supervised release

- $250,000 fine

- Restitution

- Forfeiture

- $100 special assessment

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: April 29, 2026

/s/ Andrew Paulson
 ANDREW PAULSON
Assistant United States Attorney

v. 8/29/2025

FILED 15 APR '26 11:33 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:26-cr- 00096 -AB |
| v. | INDICTMENT |
| WESLEY FANT, | 18 U.S.C. §§ 1791(a)(1) |
| DANIEL BARNETT, | |
| Defendants. | |

## THE GRAND JURY CHARGES:

### Count 1
### (Providing Contraband in Prison)
### (18 U.S.C. § 1791(a)(1))

On or about January 21, 2025, in the District of Oregon, defendants **WESLEY FANT,** and **DANIEL BARNETT,** provided, and attempted to provide, a prohibited object, to wit: Synthetic Cannabinoid, a Schedule I controlled substance, eleven cell phones, and various electronic devices, to inmates of FCI Sheridan, a Federal correctional, detention and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

///

///

Indictment                                                                 Page 1

## Count 2
### (Providing Contraband in Prison)
### (18 U.S.C. § 1791(a)(1))

On or about September 1, 2024, in the District of Oregon, defendants ▌

▌ **DANIEL BARNETT,** provided a

prohibited object, to wit: Suboxone, a Schedule III controlled substance, to inmates of

FCI Sheridan, a Federal correctional, detention, and penal facility.

In violation of Title 18, United States Code, Section 1791(a)(1).

DATED: April 14, 2026.

A TRUE BILL.

OFFICIATING PERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ELIZA CARMEN RODRIGUEZ
Assistant United States Attorney

Indictment

Page 2